UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRESTON NELSON (#428579)                                   CIVIL ACTION

VERSUS                                                     NO. 18-339-JWD-EWD

DARREL VANNOY, WARDEN

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 25, 2026 (Doc. 71), to which an objection was filed and considered (Doc. 72);

IT IS ORDERED that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1), filed by Petitioner Preston Nelson, **is DISMISSED WITH PREJUDICE** and that the request for a certificate of appealability is **DENIED**.

Signed in Baton Rouge, Louisiana, on March 19, 2026.

_____

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA